JEROME T. HUBERMAN, Appellant, v. NATIONAL CASUALTY COMPANY, Respondent.— Determination unanimously affirmed, with costs to the respondent. The policy in suit did not cover a claim for disability antedating the issuance of the policy. Giving plaintiff the benefit of all other evidence, we find no basis for a reasonable belief that the policy would cover such a claim. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See *post*, p. 1053.]

In the Matter of MORRIS BIRNBAUM et al., Petitioners, against CHARLES H. KRIGER et al., Constituting the Board of Assessors, et al., Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

HARRY MAGID, Appellant, v. BROOKLYN WOMEN'S HOSPITAL et al., Respondents, et al., Defendants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. The attorney for the defendant-respondent Savage asks to be relieved from the effect of a statement or stipulation made by him on the argument that he was withdrawing the request in his brief that the order denying his motion to dismiss the complaint be reversed and the complaint dismissed. Application granted and he is relieved of the effect of such statement. No appeal has been taken to this court, however, from the order denying the defendant Savage's motion to dismiss the complaint and the court will not exercise appellate jurisdiction on a suggestion contained in a brief in the absence of an appeal. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 284 App. Div. 875.]

RUTH HIRSCHHORN, as Administratrix of the Estate of WILLIAM HIRSCHHORN, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

In the Matter of the Arbitration between SCHNEIDER SILK MILLS, INC., Appellant, and WERTEX CO., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

BEROLIO IMPORT CO., INC., et al., Respondents, v. N. KATSORIS, INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TANNEYHILL J. MONROE, Appellant.— Judgments unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM COOPER, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 284 App. Div. 845.]